UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES FOR THE MICHIGAN
CARPENTERS' COUNCIL PENSION
FUND, et al.,

      Plaintiffs,

v.

THATCHER CONSTRUCTION
CO., INC.,

      Defendant.

_____/

Case No. 1:10-cv-1150

HONORABLE PAUL L. MALONEY

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Thatcher Construction Co., Inc. has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Thatcher Construction Co., Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date:  December 29, 2010

   /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge